AO 247 (SDNY Rev. 07/19) Order Regarding Motion for Sentence Reduction Pursuant to First Step Act of 2018 and 18 U.S.C. § 3582(c)(1)(B)

Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2021

United States of America
v.
RONNY GONZALEZ

Case No: 1:09-cr-01054-VSB-1
USM No: 41893-054

Date of Original Judgment: 11/10/2010
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Jennifer Brown (212) 417-8700
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO FIRST STEP ACT AND 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court for a reduction in sentence based on the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222 (2018), a statue that expressly permits modification of an imposed term of imprisonment, and having considered such motion under 18 U.S.C. § 3582(c)(1)(B), and having taken into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 11/10/2010 months **is reduced to** 120 Months and 6 years SR .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 02/16/2021

*Judge's signature*

Effective Date: _____
*(if different from order date)*

5/14/21

*Printed name and title*